```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                         Case No. 14-05956-JJT
Stephen G. Palmieri                                            Chapter 13
Belina Ann Palmieri
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner           Page 1 of 1           Date Rcvd: Mar 29, 2017
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4641844        E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2017 19:04:27     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph R. Baranko, Jr.   on behalf of Debtor Stephen G. Palmieri josephb@slusserlawfirm.com
              Joseph R. Baranko, Jr.   on behalf of Joint Debtor Belina Ann Palmieri josephb@slusserlawfirm.com
              Joshua I Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo   on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-05956-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephen G. Palmieri
521 Muir Avenue
Hazleton PA 18201

Belina Ann Palmieri
521 Muir Avenue
Hazleton PA 18201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/31/17

Terrence S. Miller
**CLERK OF THE COURT**