IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Stephen G. Palmieri, and<br>Belina Ann Palmieri | CASE NO.: 5:14-BK-05956-JJT |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on December 15, 2017, I served a copy of the Amendment to Schedule A-B and Schedule C on the following parties in this matter:

Charles J. DeHart, III, (Trustee) *via email: dehartstaff@pamd13trustee.com; TWecf@pamd13trustee.com*

Joshua I. Goldman, on behalf of Creditor Bank of America, N.A., *via email: bkgroup@kmllawgroup.com; bkgroup@kmllawgroup.com*

Thomas I. Puleo, on behalf of Creditor Bank of America, N.A. *via email: tpuleo@kmllawgroup.com; bkgroup@kmllawgroup.com*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov*

PRA Receivables Management, LLC, P.O. Box 41067, Norfolk, VA 23541

Respectfully submitted,

THE SLUSSER LAW FIRM

By: _____
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Attorney for Debtors
The Slusser Law Firm
1620 N. Church St., Ste. 1
Hazleton, PA 18201
Telephone: 570-453-0463