IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| Stephen G. Palmieri, and<br>Belina Ann Palmieri | CASE NO.:  5:14-BK-05956-JJT |
| Debtors | |

## ORDER GRANTING MOTION TO AMEND PLAN

**IT IS ORDERED** that the Motion to Amend the Plan Post-Confirmation filed on December 9, 2019 is hereby GRANTED.

**IT IS FURTHER ORDERED** that the amendments in the proposed First Amended Plan attached to said Motion are hereby APPROVED.

By the Court:

_____