```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 14-05956-RNO
Stephen G. Palmieri                                                 Chapter 13
Belina Ann Palmieri
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: JoanGoodl           Page 1 of 1           Date Rcvd: Jan 03, 2020
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2020.
db/jdb         +Stephen G. Palmieri,   Belina Ann Palmieri,   521 Muir Avenue,   Hazleton, PA 18201-7451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joseph R. Baranko, Jr.    on behalf of Debtor 2 Belina Ann Palmieri josephb@slusserlawfirm.com
              Joseph R. Baranko, Jr.    on behalf of Debtor 1 Stephen G. Palmieri josephb@slusserlawfirm.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| Stephen G. Palmieri, and Belina Ann Palmieri | CASE NO.: 5:14-BK-05956-RNO |
| Debtors | |

### ORDER GRANTING MOTION TO AMEND PLAN

**IT IS ORDERED** that the Motion to Amend the Plan Post-Confirmation filed on December 9, 2019 is hereby GRANTED.

**IT IS FURTHER ORDERED** that the amendments in the proposed First Amended Plan attached to said Motion are hereby APPROVED.

Dated: January 3, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)