```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-05956-RNO
Stephen G. Palmieri                                                 Chapter 13
Belina Ann Palmieri
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 2           Date Rcvd: Mar 03, 2020
                              Form ID: 3180W             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb        +Stephen G. Palmieri,    Belina Ann Palmieri,    521 Muir Avenue,    Hazleton, PA 18201-7451
4589602       +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
4589603       +American Express,    9111 Duke Blvd,    Mason, OH 45040-8999
4634203        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4627395       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4598458        Bank of America, N.A.,    P.O. Box 940186,    Simi Valley, CA 93094-0186
4589606        Bank of America, N.A.,    9600 South Side Blvd,    Jacksonville, FL  32256
4589607       ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Best Buy,    50 N W Point Road,    Elk Grove Village, IL  60007)
4624480       +Choice One Community Federal Credit Union,    Weltman, Weinberg & Reis, Co., L.P.A.,
                436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842
4589610       +Choice One Federal Credit Union,    P.O. Box 1205,    Wilkes-Barre, PA 18703-1205
4595085       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
4589601        Gillespie Miscavige Ferdinand &,    Baranko,    18201-5801
4589614        Navy Federal Credit Union,    P.O. Box 3700,    Maryfield, VA  22199
4643706       +PNC Bank, N.A.,    Boston Portfolio Advisors,    Authorized Agent for,    PNC Bank, N.A.,
                800 Corporate Drive, Suite 408,    Ft. Lauderdale, FL 33334-3621
4589600       +Palmieri Belina Ann,    521 Muir Avenue,    Hazleton, PA 18201-7451
4589599       +Palmieri Stephen G,    521 Muir Avenue,    Hazleton, PA 18201-7451
4589615       +Patenaude & Felix, A.P.C. Law Offic,    4545 Murphy Canyon Rd, 3rd Floor,
                San Diego, CA 92123-4363
4589619        SYNCB/Ashley Furniture,    950 Soccer Blvd,    Kettering, OH  45420
4589617       +Susquehanna Bank,    1570 Manheim Pike,    Lancaster, PA 17601-3038
4589618       +Swinehart, William R. Esquire,    240-246 Market St, P.O. Box 791,    Sunbury, PA 17801-0791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: PRA.COM Mar 04 2020 00:08:00      PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
4589604        EDI: BANKAMER.COM Mar 04 2020 00:08:00      Bank Of America,    P.O. Box 982235,
                El Paso, TX  79998
4589605        EDI: BANKAMER.COM Mar 04 2020 00:08:00      Bank Of America,    P.O. Box 45224,
                Jacksonville, FL  32232-5224
4589609        EDI: CAPITALONE.COM Mar 04 2020 00:08:00      Capital One Bank USA,    P.O. Box 85520,
                Richmond, VA  23285
4589608       +EDI: CAPITALONE.COM Mar 04 2020 00:08:00      Capital One - Boscov's,    26525 N River Woods Blvd,
                Mettawa, IL 60045-3439
4631230       +E-mail/Text: bankruptcy@cavps.com Mar 03 2020 19:09:18      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4589612       +E-mail/Text: bankruptcy@affglo.com Mar 03 2020 19:09:12      Global Credit & Collection Corp.,
                5440 N. Cumberland Ave, Ste 300,    Chicago, IL 60656-1486
4589613       +EDI: TSYS2.COM Mar 04 2020 00:08:00      Macy's/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
4596887       +EDI: NFCU.COM Mar 04 2020 00:08:00      NAVY FEDERAL CREDIT UNION,    PO BOX 3000,
                MERRIFIELD VA 22119-3000
4901182        EDI: PRA.COM Mar 04 2020 00:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541
4901183        EDI: PRA.COM Mar 04 2020 00:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4642675        EDI: PRA.COM Mar 04 2020 00:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4589620       +EDI: RMSC.COM Mar 04 2020 00:08:00      SYNCB/Lowe's,    P.O. Box 965005,
                Orlando, FL 32896-5005
4589616        EDI: STF1.COM Mar 04 2020 00:08:00      Sun Trust Bank,    P.O. Box 791144,
                Baltimore, MD  21279-1144
4591722       +EDI: STF1.COM Mar 04 2020 00:08:00      SunTrust Bank,    Attn. Support Services,
                P.O. Box 85092,    Richmond, VA 23286-0001
4641844        EDI: RMSC.COM Mar 04 2020 00:08:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4852161       +EDI: RMSC.COM Mar 04 2020 00:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
4589611        EDI: USBANKARS.COM Mar 04 2020 00:08:00      Elan Financial Services,    777 East Wisonsin Ave,
                Milwaukee, WI  53202
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Joseph R. Baranko, Jr.    on behalf of Debtor 2 Belina Ann Palmieri josephb@slusserlawfirm.com
          Joseph R. Baranko, Jr.    on behalf of Debtor 1 Stephen G. Palmieri josephb@slusserlawfirm.com
          Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Stephen G. Palmieri<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9952<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): Belina Ann Palmieri<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5027<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | |
| Case number:   5:14–bk–05956–RNO | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen G. Palmieri
aka Stephen Palmieri

Belina Ann Palmieri
aka Belina A. Palmieri, aka Belina Palmieri

3/3/20

**By the court:**   *[signed] Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**