```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 14-05956-RNO
Stephen G. Palmieri                                                 Chapter 13
Belina Ann Palmieri
         Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: May 20, 2020
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db/jdb        +Stephen G. Palmieri,   Belina Ann Palmieri,   521 Muir Avenue,   Hazleton, PA 18201-7451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joseph R. Baranko, Jr.    on behalf of Debtor 2 Belina Ann Palmieri josephb@slusserlawfirm.com
              Joseph R. Baranko, Jr.    on behalf of Debtor 1 Stephen G. Palmieri josephb@slusserlawfirm.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stephen G. Palmieri,<br>aka Stephen Palmieri, | Chapter 13 |
| **Debtor 1** | Case No. 5:14−bk−05956−RNO |
| Belina Ann Palmieri,<br>aka Belina A. Palmieri, aka Belina Palmieri, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9952    xxx−xx−5027

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 20, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

**fnldec** (05/18)